OWEN SEITEL (SBN 137365)
Email: owen.seitel@idellseitel.com
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, California 94104
Phone: 415-986-2400
Fax: 415-392-9259

JOSHUA R. MATTHEWS (TO BE ADMITTED *PRO HAC VICE*)
Email: jmatthews@grr.com
GOTTLIEB, RACKMAN & REISMAN
270 Madison Avenue
New York, New York 10016
Telephone:     (212) 684-3900
Facsimile:     (212) 684-3999

Attorneys for Plaintiff, GREEN RAY LED, LLC

CHRISTOPHER DARROW (TO BE ADMITTED *PRO HAC VICE*)
Email: darrow@youngbasile.com
YOUNG, BASILE, HANLON & MACFARLANE P.C.
3001 W. Big Beaver Road
Suite 624
Troy, MI 48084
Telephone:     (248) 244-0115
Facsimile:     (248) 649-3338

Attorneys for Defendant, ALTAIR ENGINEERING, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREEN RAY LED, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALTAIR ENGINEERING, INC.,<br><br>Defendant. | Case No. C 11-00549 CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE STATEMENT DEADLINE, AND STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br><u>**Currently Scheduled Conference:**</u><br>**Date:** May 24, 2011<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 – Fourth Floor<br><br>**Hon. Claudia Wilken, Presiding** |

1

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DEADLINE AND EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
CASE NO. C 11-00549

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rules 6-1(a) and (b) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff GREEN RAY LED, LLC, a Delaware limited liability company ("Plaintiff"), on the one hand, and Defendant ALTAIR ENGINEERING, INC., a Michigan corporation ("Defendant"), on the other hand, hereby agree and stipulate as set forth below.

This Stipulation and Proposed Order are being submitted pursuant to Civil Local Rule 6-1(b) for the purpose of continuing the Case Management Conference ("CMC") in this case, which is currently scheduled for May 24, 2011, for thirty (30) days, to June 21, 2011, or an alternative date convenient to the Court, as well as continuing the CMC Statement deadline that is tied to the date of the CMC. Additionally, pursuant to Civil Local Rule 6-1(a), this Stipulation is being submitted for the purpose of giving Defendant an additional thirty (30) days, until June 27, 2011, to file an answer to the Complaint, file any relevant motion (including motions under Rule 12 of the Federal Rules of Civil Procedure) or counterclaim, or otherwise respond to the Complaint. As set forth in the Recitals below, the parties each believe that good cause exists for the continuation of such CMC and for an extension of time for Defendant to file an answer or otherwise respond to the Complaint in light of the present posture of this case, including that the parties are engaged in settlement discussions.

## **RECITALS**

WHEREAS, on February 4, 2011, Plaintiff filed a Complaint seeking declaratory judgment against Defendant;

WHEREAS, the Complaint was served on Defendant on May 6, 2011;

WHEREAS, on May 6, 2011, the Court ordered (the "CMC Order") that a Case Management Conference be held on Tuesday, May 24, 2011, at 2:00 p.m.;

WHEREAS, the CMC Order requires that the parties file a joint Case Management Statement no later than May 17, 2011;

WHEREAS, Plaintiff has served the CMC Order on Defendant;

WHEREAS, the parties are engaged in settlement discussions and believe that additional time may allow them to reach a resolution of their dispute;

1     WHEREAS, counsel for Plaintiff and counsel for Defendant have conferred regarding the
2 Case Management Conference; and

3     WHEREAS, Plaintiff and Defendant agree and stipulate that a continuance of the CMC
4 and CMC Statement deadline for a period of approximately thirty (30) days, to and until June 21,
5 2011, or an alternative date convenient to the Court, would be appropriate;

6     WHEREAS, the parties agree and therefore jointly request that the CMC currently
7 scheduled for May 24, 2011, be rescheduled to Tuesday, June 21, 2011, or an alternative date
8 convenient to the Court, and that the CMC Statement deadline that is tied to the date of the CMC
9 be continued accordingly;

10     WHEREAS, the parties agree that Defendant should have an additional thirty (30) days,
11 until June 27, 2011, to file an answer to the Complaint, file any relevant motion (including
12 motions under Rule 12 of the Federal Rules of Civil Procedure) or counterclaim, or otherwise
13 respond to the Complaint.

14     WHEREAS, the requested time modifications would have no substantial effect on the
15 schedule for this case and would encourage settlement;

16     WHEREAS, there have been no previous time modifications in the case; and

17     WHEREAS, Rule 6-1 of the Civil Local Rules of the United States District Court,
18 Northern District of California, permits the parties to request a modification of fixed deadlines by
19 stipulation in writing; and

20     WHEREAS, pursuant to Civil Local Rule 6-1(b), a Court Order is required to give effect
21 to this Stipulation with regard to the continuance of the CMC and the deadline to file a joint CMC
22 Statement;

23     WHEREAS, pursuant to Civil Local Rule 6-1(a), no Court Order is required to give effect
24 to this Stipulation with regard to the extension of time given to Defendant to respond to the
25 Complaint;

26 **STIPULATION**

27     NOW THEREFORE, Plaintiff and Defendant, by and through their respective
28 undersigned counsel, hereby stipulate as follows:

1.  Subject to the Court's calendar, the Case Management Conference in this matter shall be continued to Tuesday, June 21, 2011, or an alternative date convenient to the Court; and

2.  The last day to file a joint Case Management Conference Statement shall be seven (7) days prior to the re-set Case Management Conference.

3.  Defendant Altair Engineering, Inc. may have until June 27, 2011 to file an answer to the Complaint, to file any relevant motion (including motions under Rule 12 of the Federal Rules of Civil Procedure) or counterclaim, or otherwise respond to the Complaint.

SO STIPULATED.

GOTTLIEB, RACKMAN & REISMAN, P.C.
IDELL & SEITEL LLP

Dated: May 16, 2011      By:      /Owen Seitel/
                                  Owen Seitel
                                  *Attorneys for Plaintiff GREEN RAY LED, LLC*

YOUNG, BASILE, HANLON & MACFARLANE P.C.

Dated: May 16, 2011      By:      /Christopher Darrow/
                                  Christopher Darrow
                                  *Attorneys for Defendant ALTAIR ENGINEERING, Inc.*

## **ATTESTATION OF CONCURRENCE**

I, Owen Seitel, attest that I am one of the attorneys for Plaintiff GREEN RAY LED, LLC, and as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Christopher Darrow, the above signatory.

Dated: May 16, 2011      By:      /Owen Seitel/
                                  Owen Seitel

## **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1.  The Case Management Conference in this matter shall be continued to **Tuesday, June 21, 2011**, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street,

4

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DEADLINE AND EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
CASE NO. C 11-00549

1  Oakland, California, 94612;

2      2.    The last day to file a supplemental joint case management conference statement
3  shall be **Tuesday, June 14, 2011**; and

4      3.    Plaintiff is directed to serve a copy of this Order at once on all parties to this
5  action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure and
6  Civil Local Rule 5.  Following service, the party causing the service shall file a certificate of
7  service with the Clerk of Court.

8      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9
10 Dated: **5/19/2011**  _____
11                                   Hon. Claudia Wilken
                                  Judge of the United States District Court
                                  Northern District of California

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DEADLINE AND EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
CASE NO. C 11-00549