OWEN SEITEL (SBN 137365)
Email: owen.seitel@idellseitel.com
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, California 94104
Phone: 415-986-2400
Fax: 415-392-9259

JOSHUA R. MATTHEWS
Email: jmatthews@grr.com
GOTTLIEB, RACKMAN & REISMAN
270 Madison Avenue
New York, New York 10016
Telephone:    (212) 684-3900
Facsimile:    (212) 684-3999

Attorneys for Plaintiff, GREEN RAY LED, LLC

CHRISTOPHER DARROW (TO BE ADMITTED *PRO HAC VICE*)
Email: darrow@youngbasile.com
YOUNG, BASILE, HANLON & MACFARLANE P.C.
3001 W. Big Beaver Road
Suite 624
Troy, MI 48084
Telephone:    (248) 244-0115
Facsimile:    (248) 649-3338

Attorneys for Defendant, ALTAIR ENGINEERING, INC.,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREEN RAY LED, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALTAIR ENGINEERING, INC.,<br><br>　　　　　Defendant. | Case No. C 11-00549 CW<br><br>**SECOND STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE STATEMENT DEADLINE, AND STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br><u>**Currently Scheduled Conference:**</u><br>**Date:** June 21, 2011<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2 – Fourth Floor<br><br>**Hon. Claudia Wilken, Presiding** |

1

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DEADLINE, AND STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
CASE NO. C 11-00549

1

2  Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rules 6-1(a) and (b) of
3  the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff
4  GREEN RAY LED, LLC, a Delaware limited liability company ("Plaintiff"), on the one hand,
5  and Defendant ALTAIR ENGINEERING, INC., a Michigan corporation ("Defendant"), on the
6  other hand, hereby agree and stipulate as set forth below.

7  This Stipulation and Proposed Order are being submitted pursuant to Civil Local Rule 6-
8  1(b) for the purpose of continuing the Case Management Conference ("CMC") in this case, which
9  is currently scheduled for June 21, 2011, for thirty (30) days, to July 21, 2011, or an alternative
10 date convenient to the Court, as well as continuing the CMC Statement deadline that is tied to the
11 date of the CMC.  As set forth in the Recitals below, the parties each believe that good cause
12 exists for the continuation of such CMC in light of the present posture of this case, including that
13 the parties believe they are close to reaching a settlement and require the additional time to
14 finalize their agreement.

15 **RECITALS**

16 WHEREAS, on February 4, 2011, Plaintiff filed a Complaint seeking declaratory
17 judgment against Defendant;

18 WHEREAS, the Complaint was served on Defendant on May 6, 2011;

19 WHEREAS, on May 6, 2011, the Court ordered (the "CMC Order") that a Case
20 Management Conference be held on Tuesday, May 24, 2011, at 2:00 p.m.;

21 WHEREAS, the CMC Order requires that the parties file a joint Case Management
22 Statement no later than May 17, 2011;

23 WHEREAS, Plaintiff has served the CMC Order on Defendant;

24 WHEREAS, on May 16, 2011, Plaintiff filed a Stipulation and [Proposed] Order
25 Continuing Case Management Conference and Case Management Conference Statement
26 Deadline, and Stipulation Extending Time for Defendant to File an Answer or Otherwise
27 Respond to the Complaint;

28

1  WHEREAS, on May 19, 2011, the Court issued an Order Granting Stipulation Continuing Case Management Conference and Case Management Statement Deadline, and Stipulation Extending Time for Defendant to File an Answer or Otherwise Respond to the Complaint.

WHEREAS, the parties believe they are close to reaching a settlement and require the additional time to finalize their agreement;

WHEREAS, counsel for Plaintiff and counsel for Defendant have conferred regarding the Case Management Conference; and

WHEREAS, Plaintiff and Defendant agree and stipulate that a continuance of the CMC and CMC Statement deadline for a period of approximately thirty (30) days, to and until July 21, 2011, or an alternative date convenient to the Court, would be appropriate;

WHEREAS, the parties agree and therefore jointly request that the CMC currently scheduled for June 21, 2011, be rescheduled to Thursday, July 21, 2011, or an alternative date convenient to the Court, and that the CMC Statement deadline that is tied to the date of the CMC be continued accordingly;

WHEREAS, the parties agree that Defendant should have an additional thirty (30) days, until July 27, 2011, to file an answer to the Complaint, file any relevant motion (including motions under Rule 12 of the Federal Rules of Civil Procedure) or counterclaim, or otherwise respond to the Complaint.

WHEREAS, the requested time modifications would have no substantial effect on the schedule for this case and would help the parties finalize settlement;

WHEREAS, there has been one previous time modifications in the case; and

WHEREAS, Rule 6-1 of the Civil Local Rules of the United States District Court, Northern District of California, permits the parties to request a modification of fixed deadlines by stipulation in writing; and

WHEREAS, pursuant to Civil Local Rule 6-1(b), a Court Order is required to give effect to this Stipulation with regard to the continuance of the CMC and the deadline to file a joint CMC Statement.

**STIPULATION**

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

1. Subject to the Court's calendar, the Case Management Conference in this matter shall be continued to Thursday, July 21, 2011, or an alternative date convenient to the Court;

2. The last day to file a joint Case Management Conference Statement shall be seven (7) days prior to the re-set Case Management Conference; and

3. Defendant Altair Engineering, Inc. may have until July 27, 2011 to file an answer to the Complaint, to file any relevant motion (including motions under Rule 12 of the Federal Rules of Civil Procedure) or counterclaim, or otherwise respond to the Complaint.

SO STIPULATED.

GOTTLIEB, RACKMAN & REISMAN, P.C.
IDELL & SEITEL LLP

Dated: June 13, 2011        By:    /s/
                                   Owen Seitel
                                   *Attorneys for Plaintiff GREEN RAY LED, LLC*

YOUNG, BASILE, HANLON & MACFARLANE P.C.

Dated: June 13, 2011        By:    /s/
                                   Christopher Darrow
                                   *Attorneys for Defendant ALTAIR ENGINEERING, Inc.*

**ATTESTATION OF CONCURRENCE**

I, Owen Seitel, attest that I am one of the attorneys for Plaintiff GREEN RAY LED, LLC, and as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Christopher Darrow, the above signatory.

Dated: June 13, 2011        By:    /s/
                                   Owen Seitel

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

3  1. The Case Management Conference in this matter shall be continued to **Tuesday, July 26, 2011**, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California, 94612;

6  2. The last day to file a supplemental joint case management conference statement shall be **Tuesday, July 19, 2011**; and

8  3. Plaintiff is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure and Civil Local Rule 5. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/16/2011

Hon. Claudia Wilken
Judge of the United States District Court
Northern District of California